AO 450(Rev. 5/85)Judgment in a Civil

# United States District Court
## Northern District of Illinois
### Eastern Division

Judith M. Kelley                        **JUDGMENT IN A CIVIL CASE**

       v.                                     Case Number: 02 C 1262

City of Chicago

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

DOCKETED
APR 2 4 20

IT IS HEREBY ORDERED AND ADJUDGED that on April 2, 2002 a temporary restraining order was granted and extended by agreement for a second 10 day period on the record in open court to accommodate ACC Patricia Carroll-Smit's vacation plans. In a subsequent pleading dated April 4, 2002 ACC Carroll-Smit denied she agreed to the extension although she went on vacation. On April 9, 2002, ACC Carroll-Smit agreed to the entry of a consent decree specifying its terms on the record in open court with plaintiff's agreement. The City subsequently denied that a consent decree was entered into by the parties. The court will enforce this consent decree with costs. Court enters Consent Decree.

                                              Michael W. Dobbins, Clerk of Court

Date: 4/23/2002                            /s/ Carol Wing
                                              Carol Wing, Deputy Clerk