**CERTIFIED COPY**

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

<u>DISMISSAL PER FRAP 42(b)</u>

**DOCKETED**
OCT 31 2002
OCT 31 2002

Date: October 28, 2002

By the Court:

No. 02-2561

**FILED**

JUDITH M. KELLEY,
        Plaintiff - Appellee

OCT 30 2002

v.

CITY OF CHICAGO,
        Defendant - Appellant

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 02 C 1262, James H. Alesia, Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the appellant on 10/25/02,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)

A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit